IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel. HECTOR
H. BALDERAS, Attorney General, State of
New Mexico,[1]

      Plaintiff,

vs.                                                             No. CIV 14-1100 JB/KBM

VALLEY MEAT COMPANY, LLC;
RICARDO DE LOS SANTOS; MOUNTAIN
VIEW PACKING, LLC; and DAIRYLAND
PACKING, LLC,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Memorandum Opinion and Order, filed May 20, 2015 (Doc. 16)("MOO"). In the MOO, the Court concluded that it lacks subject-matter jurisdiction over this case, and that the removal of this case to federal court was improper and objectively unreasonable. See MOO at 1-3. The Court stated that it would remand the case to state court, and it ordered remover D'Allende Meats, LLC to pay the just costs and actual expenses that Plaintiff State of New Mexico incurred as a result of the removal. See MOO at 54.

---

[1] Both the Complaint, filed in state court December 19, 2013, filed in federal court December 4, 2014 (Doc. 2-2), and the Notice of Removal, filed December 4, 2014 (Doc. 2), list the Plaintiff as being the State of New Mexico ex rel. Gary K. King, Attorney General of the State of New Mexico. "On Tuesday, November 4th, 2014, Hector Balderas was elected the 31st Attorney General for the State of New Mexico," however, and he took office soon after the election. About Hector Balderas, State of New Mexico Office of the Attorney General, http://www.nmag.gov/about-hector-balderas.aspx (last visited May 16, 2015). Under rule 25(d) of the Federal Rules of Civil Procedure, when an official sues or is sued in his or her official capacity, and the official leaves office during the course of the litigation, "[t]he officer's successor is automatically substituted as a party[, and l]ater proceedings should be in the substituted party's name." Fed. R. Civ. P. 25(d).

**IT IS ORDERED** that this case is remanded to the First Judicial District Court, County of Santa Fe, State of New Mexico, and final judgment is entered.

                                                _____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Hector Balderas
   Attorney General of the State of New Mexico
Ari Biernoff
   Assistant Attorney General
New Mexico Attorney General's Office
Santa Fe, New Mexico

     *Attorneys for the Plaintiff*

A. Blair Dunn
Albuquerque, New Mexico

     *Counsel for D'Allende Meats, LLC*